DAVID LEWIS *v*. COMMISSIONER OF CORRECTION

The petitioner David Lewis' petition for certification for appeal from the Appellate Court, 89 Conn. App. 850 (AC 24519), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Deborah G. Stevenson*, special public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided September 12, 2005

DOMINICK BOCCANFUSO *v*. LOUIS ALLAN CONNER, JR., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 89 Conn. App. 260 (AC 24545), is denied.

*Edward Kanowitz*, in support of the petition.

*William Bradley Kellogg*, in opposition.

Decided September 12, 2005

DOMINICK BOCCANFUSO *v*. LOUIS ALLAN CONNER, JR., ET AL.

The plaintiff's cross petition for certification for appeal from the Appellate Court, 89 Conn. App. 260 (AC 24545), is denied.

*William Bradley Kellogg*, in support of the cross petition.

Decided September 12, 2005